NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MICROSOFT CORPORATION,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

MOTOROLA MOBILITY, LLC,
*Intervenor.*

2012-1445

On appeal from the United States International Trade Commission in Investigation No. 337-TA-744.

## ON MOTION

## O R D E R

Upon consideration of Motorola Mobility, LLC's unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

AUG 0 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Constantine L. Trela, Jr., Esq.
     Michael Liberman, Esq.
     Charles K. Verhoeven, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 6 2012

JAN HORBALY
CLERK